IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TEVIN A. BRADLEY                                                                                         PETITIONER
ADC #152522

No. 5:16-cv-00027-JM-JTK

WENDY KELLEY, *Director*,                                                                      RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a careful review of the findings and recommendations, as well as a *de novo* review of the record, the Court approves and adopts the findings and recommendations in their entirety. Judgment will be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c) (2006).

All pending motions are denied as moot.

So ordered this 17th day of March, 2016.

_____
United States District Judge