IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TEVIN A. BRADLEY                                                    PETITIONER
ADC #152522

5:16-cv-00027-JM-JTK

WENDY KELLEY, *Director*,                                          RESPONDENT
Arkansas Department of Correction

<u>JUDGMENT</u>

The petition for a writ of habeas corpus is denied without prejudice.

SO ADJUDGED this 17th day of March, 2016.

_____
United States District Judge