IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TEVIN A. BRADLEY                                                     PETITIONER
ADC # 152522

V.                      CASE NO. 5:16-CV-00027-JTK

WENDY KELLEY, Director
Arkansas Department of Correction                                    RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this 31st day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE